UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| ANTHONY DELLISOLA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MONEYGRAM INTERNATIONAL, INC., W. ALEXANDER HOLMES, PAMELA H. PATSLEY, J. COLEY CLARK, VICTOR W. DAHIR, ANTONIO O. GARZA, SETH W. LAWRY, PEGGY VAUGHAN, MICHAEL P. RAFFERTY, GANESH RAO, and W. BRUCE TURNER,<br><br>Defendants. | Case No. 3:17-cv-00777-M<br><br>NOTICE OF DISMISSAL |

Notice is hereby given that, pursuant to Fed. R. Civ. P. 41(a)(1)(A), Plaintiff voluntarily dismisses without prejudice the above-captioned action against Defendants as moot. This notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.

Dated: April 28, 2017

Respectfully submitted,

By: /s/ *Balon B. Bradley*

**OF COUNSEL**

**MONTEVERDE & ASSOCIATES PC**
Juan E. Monteverde
The Empire State Building
350 Fifth Avenue, Suite 4405
New York, NY 10118
Tel: (212) 971-1341
E-mail: jmonteverde@monteverdelaw.com

*Attorneys for Plaintiff*

**LAW OFFICES OF BALON B. BRADLEY**
Balon B. Bradley
SBN: 02821700
5473 Blair Road, Suite 100
Dallas Texas 75231
(972) 991-1582

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

  I certify that a true and correct copy of the foregoing was filed via the District CM/ECF system on April 28, 2017, which caused an electronic copy of same to be served automatically upon all counsel of record.

              /s/ *Balon B. Bradley*
              Balon B. Bradley
              SBN: 02821700